UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ORLANDY ARBALAEZ,

                Plaintiff,

      -against-

IMPERIAL PARKING (U.S.), INC. A/K/A
IMPERIAL PARKING, INC.,

                Defendant.
------------------------------------------------------------------------x

Civ. Action#: 07 CIV 4630

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that the undersigned have been retained by and appears for defendant Imperial Parking (U.S.), Inc. a/k/a Imperial Parking, Inc., in this action and demands that a copy of all notices and other papers therein be served on us at our offices located at 90 Merrick Avenue, East Meadow, New York 11554.

DATED:    East Meadow, New York
               June 28, 2007

                                    CERTILMAN BALIN ADLER & HYMAN, LLP

                                    By: _____
                                        DOUGLAS E. ROWE, ESQ. (DER 6261)
                                        Attorneys for Defendant
                                        90 Merrick Avenue
                                        East Meadow, New York 11554
                                        (516) 296-7000

TO:    ABDOOL HASSAD, ESQ.
        Attorneys for Plaintiff
        175-61 Hillside Avenue
        Suite 306
        Jamaica, NY 11432
        (718) 725-2820