## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2007, the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

ABDOOL HASSAD, ESQ.
Attorneys for Plaintiff
175-61 Hillside Avenue
Suite 306
Jamaica, NY 11432
(718) 725-2820

_____
Douglas E. Rowe (DER 6261)