

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ORLANDY ARBALAEZ,   Civ. Action#: 07 CIV 4630

    Plaintiff,

-against-   **STIPULATION**

IMPERIAL PARKING (U.S.), INC. A/K/A
IMPERIAL PARKING, INC.,

    Defendant.
-------------------------------------------------------------X

    IT IS HEREBY STIPULATED by the parties hereto as follows:

    1.    The time for Defendant to answer or otherwise move with respect to the complaint is extended to July 13, 2007.

Dated: East Meadow, New York
       June 27, 2007

ABDOOL HASSAD, ESQ.   CERTILMAN BALIN ADLER & HYMAN, LLP

By: *Abdool Hassad*   By: *[signature]*
ABDOOL HASSAD, ESQ. (AH6510)   DOUGLAS E. ROWE, ESQ. (DER 6261)
Attorneys for Plaintiff   Attorneys for Defendant
175-61 Hillside Avenue   90 Merrick Avenue
Jamaica, NY 11432   East Meadow, NY 11554
(718) 725-2820   (516) 294-7000

So Ordered:

*[signature]*
U.S.D.J.

7/9/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07