UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ORLANDY ARBALAEZ,

          Plaintiff,

       -against-

IMPERIAL PARKING (U.S.), INC. A/K/A
IMPERIAL PARKING, INC.,

          Defendant.
-------------------------------------------------------------------x

Civ. Action#: 07 CIV 4630

**RULE 7.1**
**DISCLOSURE STATEMENT**

Defendant, Imperial Parking (U.S.), Inc. a/k/a Imperial Parking, Inc., as and for its

disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil

Rule 1.9, hereby sets forth, upon information and belief, as follows:

Defendant, Defendant, Imperial Parking (U.S.), Inc. a/k/a Imperial Parking, Inc., does not

have a parent corporation and/or any publicly held corporation that owns ten percent (10%) or

more of its stock.

Dated: East Meadow, New York
       July 12, 2007

                      CERTILMAN BALIN ADLER & HYMAN, LLP

                      By: _____
                        DOUGLAS E. ROWE, ESQ. (DER 6261)
                        Attorneys for Defendants
                        90 Merrick Avenue
                        East Meadow, New York 11554
                        (516) 296-7000

TO:   ABDOOL HASSAD, ESQ.
      Attorneys for Plaintiff
      175-61 Hillside Avenue
      Suite 306
      Jamaica, NY 11432
      (718) 725-2820

1908020.1