## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2007, the foregoing **RULE 7.1 DISCLOSURE STATEMENT** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

>ABDOOL HASSAD, ESQ.
>Attorneys for Plaintiff
>175-61 Hillside Avenue
>Suite 306
>Jamaica, NY 11432
>(718) 725-2820

_____
Douglas E. Rowe (DER 6261)