UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X

Orlandy Arbalaez,

                Plaintiff(s),                07 Civ. 4630 (CM) (KNF)

  -against-                                   ORDER OF REFERENCE
                                                     TO A MAGISTRATE JUDGE
Imperial Parking (U.S.), Inc., a/k/a
Imperial Parking, Inc.

                Defendant(s).
――――――――――――――――――――X

The above entitled action is referred to the Honorable Kevin N. Fox, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*

   Discovery

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

✓ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: 7/20/07
New York, New York

SO ORDERED

*/s/ Colleen McMahon*

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07