UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ORLANDY ARBELAEZ,

             Plaintiff,

           -against-

IMPERIAL PARKING (U.S.) INC., a/k/a IMPERIAL
PARKING, INC.,

             Defendant.
------------------------------------------------------------------X

**ORDER**

07 Civ. 4630 (CM)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/1/07

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

(1)     a settlement conference shall be held in the above-captioned action on October 1, 2007, at 2:30 p.m., in courtroom 20A, 500 Pearl Street, New York, New York;

(2)     the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the court's website at http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)     at least ten days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       August 1, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE