# CERTILMAN BALIN
ATTORNEYS

**MEMO ENDORSED**

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/28/07
```

SEP 28 2007

September 27, 2007

**VIA FEDERAL EXPRESS**

Magistrate Judge Kevin Nathaniel Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    Orlandy Arbalaez v. Imperial Parking (U.S.), Inc. et al.
             Case No.: 07-CV-4630 (CM)(KNF)

Dear Judge Fox:

    This firm represents the defendants in connection with this matter. I am respectfully requesting an adjournment of the settlement conference scheduled for October 1, 2007. The parties will need to produce and review certain documents relating to the claims and defenses in this action and will not be able to do so before the October 1, 2007 settlement conference.

    I have spoken with plaintiff's counsel regarding this request and he informed me that he would not oppose our request.

    Thank you for your courtesies.

*[Handwritten endorsement:]*
9/28/07
Application granted. The settlement conference will be held on October 16, 2007, at 2:30 p.m.
SO ORDERED:
/Kevin Nathaniel Fox/, U.S.M.J.

Respectfully submitted,

Douglas E. Rowe (DER 6261)

DER:ga
cc:    Abdool Khalil Hassad, Esq. (Via Federal Express)