

# CERTILMAN BALIN
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

RECEIVED
OCT 12 2007

October 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/15/07

**VIA FACIMILE ONLY**

Magistrate Judge Kevin Nathaniel Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Orlandy Arbalaez v. Imperial Parking (U.S.), Inc.
Case No.: 07-CV-4630 (CM)(KNF)

Dear Judge Fox:

This firm represents the defendants in connection with this matter. I am respectfully requesting an adjournment of the settlement conference scheduled for October 16, 2007 at 2:30 p.m. This request is being made on consent of the attorneys for all parties.

Recently, there has been some discovery exchanged and there appear to be issues that still need to be resolved through additional discovery. Therefore, the parties will need extra time to address these issues.

We are hopeful that this time will lead to a resolution of certain issues and that it will obviate the need for another settlement conference. Nevertheless, the parties would suggest that another settlement conference be scheduled in approximately forty-five (45) days.

Thank you for your courtesies.

*10/12/07 Application granted. The Settlement conference will be held on December 5, 2007, at 2:30 p.m.*
*SO ORDERED:*
*KEVIN NATHANIEL FOX, U.S.M.J.*

Respectfully submitted,

Douglas E. Rowe (DER 6261)

DER:ga
cc: Abdool Khalil Hassad, Esq. (Via Facsimile)

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

1937324.1