# CERTILMAN BALIN


90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

**DOUGLAS E. ROWE**
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com



MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/05/07
```

December 3, 2007

**VIA FEDERAL EXPRESS**

Magistrate Judge Kevin Nathaniel Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    Orlandy Arbalaez v. Imperial Parking (U.S.), Inc.
             Case No.: 07-CV-4630 (CM)(KNF)

Dear Judge Fox:

This firm represents the defendant in connection with this matter. I am writing to request an adjournment of the settlement conference scheduled for December 5, 2007 at 2:30 p.m.

On Wednesday, November 28, 2007, plaintiff conducted defendant's deposition. Many points were clarified at the deposition, and I believe that the issues have been substantially narrowed. I can also say that the parties are in a much better position to settle this matter, and they believe that they will be able to do so without court intervention.

I am making this request in behalf of all parties and have plaintiff's attorney's consent.

Thank you for your courtesies.

Respectfully submitted,

Douglas E. Rowe (DER 6261)

*[Handwritten endorsement: 12/4/07 Application granted. The settlement conference will be held on January 14, 2008, at 10:30 a.m. SO ORDERED: Kevin Nathaniel Fox, U.S.M.J.]*

DER:ga
cc:    Abdool Khalil Hassad, Esq. (Via Federal Express)