# CERTILMAN BALIN

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516 296 7102
drowe@certilmanbalin.com

**MEMO ENDORSED**

January 9, 2008

*[Handwritten note: At the end of the 90 day extension, if no settlement has been reached, the parties shall appear for a conference and all discovery will close.]*

**VIA FEDERAL EXPRESS**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  RE:  Orlandy Arbalaez v. Imperial Parking (U.S.), Inc.
        Case No.: 07-CV-4630 (CM)(KNF)

Dear Honorable McMahon:

  This firm represents the defendant in connection with this action.

  We are respectfully requesting an extension of the deadlines set forth in the November 7, 2007 scheduling order by ninety (90) days. The parties continue to actively engage in gathering and reviewing the information necessary to facilitate settlement discussions. In fact, the parties appear to be close to settling this action. Plaintiff's counsel joins in this request.

  Thank you for your courtesy in this matter.

                                      Respectfully submitted,

                                      Douglas E. Rowe, Esq. (DER 6261)

DER/ga
cc:  Abdool Khalil Hassad, Esq. (Via Federal Express)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

CERTILMAN BALIN ADLER & HYMAN, LLP