

**CertilmanBalin**
ATTORNEYS

90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Phone: 516.296.7000 • Fax: 516.296.7111
www.certilmanbalin.com

Douglas E. Rowe
Partner
Direct Dial 516.296.7102
drowe@certilmanbalin.com

**MEMO ENDORSED**

JAN 1 0 2008

January 9, 2008

**VIA FACSIMILE & FEDERAL EXPRESS**

Magistrate Judge Kevin Nathaniel Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

01/15/08

    RE:    Orlandy Arbalaez v. Imperial Parking (U.S.), Inc.
              Case No.: 07-CV-4630 (CM)(KNF)

Dear Judge Fox:

    This firm represents the defendant in connection with this matter. I am writing to request an adjournment of the settlement conference scheduled for January 14, 2008 at 10:00 a.m.

    On that day, I am actually engaged to commence trial in a case entitled <u>Tomassi v. Insignia Financial Group, Inc., et al.</u> bearing Case No.: 04 CV 02383 in Southern District of New York.

    Also, the parties are actively engaged in settlement discussions and are hopeful that this time will lead to a resolution.

    Based on the foregoing, I will be unable to appear for this conference, and respectfully request an adjournment. I am making this request in behalf of all parties and have plaintiff's attorney's consent.

    Thank you for your courtesies.

1/14/08
Application granted. The settlement conference will be held on February 5, 2008, at 10:30 a.m.   SO ORDERED:
KEVIN NATHANIEL FOX, USMJ

Respectfully submitted,

Douglas E. Rowe (DER 6261)

DER:ga
cc:    Abdool Khalil Hassad, Esq. (Via Facsimile & Federal Express)