# Abdool Hassad, Esq.
## Attorney and Counselor at Law
175-61 Hillside Avenue, Suite 306, Jamaica, New York 11432
Phone 718-725-2820 Fax 718-468-3894 Web http://www.courtpoint.com

**Via ECF and Fax**

**January 31, 2007**

Kevin N. Fox, USMJ
United States District Court, SDNY
500 Pearl Street, Rm 540
New York, NY 10007
Tel: 212-805-6705
Fax: 212-805-6712

                    **Re: Orlandy Arabalaez v. Imperial Parking**
                          **Notice of Settlement – Request for Adjournment**
                          **Civ. Action #: 07-CV-4630 (CM)(KNF)**

Dear Magistrate Fox:

      I represent Plaintiff in the above-referenced matter and write on behalf of both sides to notify the Court that the parties have reached a settlement in this matter and will be exchanging settlement documents shortly. As such, there is no longer a need for the settlement conference currently scheduled for February 5, 2008 before your Honor.

      I thank the Court in advance for its time and consideration.

Yours truly,

 /s/ Abdool Hassad_____
**Abdool Hassad, Esq. (AH6510)**
*Counsel for Plaintiff*
175-61 Hillside Avenue, Suite 306
Jamaica, NY 11432
Tel: 718-725-2820
Fax: 718-468-3894

**cc: Defense Counsel Douglas Rowe, Esq. via ECF**