USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/08

# Abdool Hassad, Esq.
## Attorney and Counselor at Law

175-61 Hillside Avenue, Suite 306, Jamaica, New York 11432
Phone 718-725-2820 Fax 718-468-3894 Web http://www.courtpoint.com

Via ECF and Fax (212-805-6712)

January 31, 2007

Kevin N. Fox, USMJ
United States District Court, SDNY
500 Pearl Street, Rm 540
New York, NY 10007
Tel: 212-805-6705
Fax: 212-805-6712

**MEMO ENDORSED**

Re: **Orlandy Arabalaez v. Imperial Parking**
Notice of Settlement – Request for Adjournment
Civ. Action #: 07-CV-4630 (CM)(KNF)

Dear Magistrate Fox:

I represent Plaintiff in the above-referenced matter and write on behalf of both sides to notify the Court that the parties have reached a settlement in this matter and will be exchanging settlement documents shortly. As such, there is no longer a need for the settlement conference currently scheduled for February 5, 2008 before your Honor.

I thank the Court in advance for its time and consideration.

Yours truly,

/s/ Abdool Hassad
**Abdool Hassad, Esq. (AH6510)**
*Counsel for Plaintiff*
175-61 Hillside Avenue, Suite 306
Jamaica, NY 11432
Tel: 718-725-2820
Fax: 718-468-3894

2/5/08
Based on the above, the settlement conference is cancelled. On or before February 15, 2008, the parties shall submit a copy of their fully executed stipulation of discontinuance to the Court.
SO ORDERED:
KEVIN NATHANIEL FOX, U.S.M.J.

cc: Defense Counsel Douglas Rowe, Esq. via Fax (516-658-5434)

1